# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN GARCIA, et al.<br><br>          Plaintiffs,<br><br>   vs.<br><br>ALLSTATE INSURANCE,<br><br>          Defendant. | Case No. 1:12-cv-00609-AWI-SKO<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEFENDANT'S TIME TO FILE ANTI-SLAPP MOTION**<br><br>(Docket No. 6) |

      On May 17, 2012, the parties filed a stipulation requesting an extension of time for Defendant Allstate Insurance ("Defendant") to file an anti-SLAPP motion. (Doc. 6.) Counsel for the parties stipulated that any anti-SLAPP motion filed by Defendant on or before June 4, 2012 shall be deemed timely. (Doc. 6.)

      Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendant's time to file an anti-SLAPP motion is extended to June 4, 2012.

IT IS SO ORDERED.

**Dated:**   **May 21, 2012**                       **/s/ Sheila K. Oberto**
                                                            UNITED STATES MAGISTRATE JUDGE