# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN GARCIA, et al. ) | Case No. 1:12-cv-00609-AWI-SKO |
| Plaintiffs, ) | |
| vs. ) | **ORDER GRANTING SECOND STIPULATION TO EXTEND DEFENDANT'S TIME TO FILE ANTI-SLAPP MOTION** |
| ALLSTATE INSURANCE, ) | |
| Defendant. ) | (Docket No. 9) |

On May 22, 2012, pursuant to the stipulation of the parties (Doc. 6), Defendant Allstate Insurance's ("Defendant") time to file an Anti-SLAPP motion was extended until June 4, 2012, to provide the parties time to pursue settlement discussions (Doc. 8).

On June 1, 2012, the parties filed a second stipulation indicating that they "are still actively attempting to settle this matter, and would like to continue discussions before the Anti-SLAPP motion is filed." (Doc. 9, ¶ 2.) The parties, therefore, stipulated that Defendant's time to file an Anti-SLAPP motion be extended to June 25, 2012, and filed a request seeking court approval of the stipulation. (Doc. 9.)

Accordingly, IT IS HEREBY ORDERED that Defendant's time to file an Anti-SLAPP motion is extended to June 25, 2012.

IT IS SO ORDERED.

**Dated:   June 5, 2012**                              /s/ Sheila K. Oberto
                                                    UNITED STATES MAGISTRATE JUDGE