# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN GARCIA, et al. | Case No. 1:12-cv-00609-AWI-SKO |
| Plaintiffs, | **ORDER HOLDING IN ABEYANCE PLAINTIFFS' LODGED FIRST AMENDED COMPLAINT** |
| vs. | |
| ALLSTATE INSURANCE, | (Docket No. 29) |
| Defendant. | |

On April 22, 2013, Magistrate Judge Sheila K. Oberto issued Findings and Recommendations ("F&R") that Plaintiffs Efrain Garcia and Ofelia Garcia's ("Plaintiffs") Motion for Relief be granted. (Doc. 28.) The F&R further recommended that the order closing the case and the judgment against Plaintiffs be set aside, Plaintiffs be ordered to file an amended complaint, and Plaintiff's current counsel, Joseph Todd Armas, be ordered to either file a substitution of attorney form or inform the Court if Plaintiffs wish to continue proceeding with attorney Armas as their counsel. (Doc. 28, p. 15.)

The F&R stated that any party may file written objections to the recommendations within twenty-one (21) days of the service of the F&R. (Doc. 28, 15:28-16:2.) As such, the F&R objection period runs until May 16, 2013.

On May 8, 2013, Plaintiffs, representing themselves and not through their counsel, submitted a First Amended Complaint for Damages, which was lodged with the Court. (Doc. 29.) The objection period for the F&R is still open, and Plaintiffs have **not** yet been given leave to file an amended complaint. The case is still currently closed pending a final order from the District Judge

regarding the F&R.  Further, Plaintiffs are still represented by attorney Armas in this action, and Plaintiffs cannot represent themselves until a substitution of attorney form is filed or Plaintiffs seek to have attorney Armas dismissed as counsel.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' First Amended Complaint, lodged at Docket No. 29, be HELD IN ABEYANCE until after the objection period for the F&R is closed, the District Judge issues an order making a final determination on the F&R, and attorney Armas is either substituted or dismissed as counsel.

The Clerks' Office is DIRECTED to serve Plaintiffs with a copy of this order via U.S. mail at the following address:

> Efrain Garcia and Ofelia Garcia
> 1095 Adams Avenue
> Orange Cove, CA 93646

IT IS SO ORDERED.

**Dated:   May 10, 2013**                               /s/ Sheila K. Oberto
                                                UNITED STATES MAGISTRATE JUDGE