# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN GARCIA, et al. | Case No. 1:12-cv-00609-AWI-SKO |
| Plaintiffs, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT DEFENDANT'S ANTI-SLAPP MOTION AND REQUEST FOR ATTORNEY'S FEES BE DENIED** |
| v. | |
| ALLSTATE INSURANCE, | |
| Defendant. | (Docket No. 44) |
| _____/ | |

On January 6, 2014, the Magistrate Judge issued Findings and Recommendations that Defendant Allstate Insurance's ("Allstate") Anti-SLAPP Motion and Request for Attorney's Fees be denied. (Doc. 44.) These Findings and Recommendations were served on all parties appearing in the action and contained notice that any objections were to be filed within twenty-one (21) days after service of the order. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. Allstate's anti-SLAPP motion is DENIED;

2. Allstate's request for an award of attorney's fees is DENIED; and

3. Allstate shall file an answer or other responsive pleading within twenty-one (21) days of the date of this order.

The Clerk's Office is DIRECTED to serve Plaintiffs Efrain Garcia and Ofelia Garcia with a copy of this order via U.S. mail at the following address:

> Efrain Garcia and Ofelia Garcia
> 1095 Adams Avenue
> Orange Cove, CA 93646

IT IS SO ORDERED.

Dated: February 4, 2014

_____
SENIOR DISTRICT JUDGE