# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFRAIN GARCIA, et al. | Case No.   1:12-cv-00609-AWI-SKO |
| Plaintiffs, | |
| v. | **ORDER THAT THE PARTIES SUBMIT A JOINT SCHEDULING REPORT** |
| ALLSTATE INSURANCE, | |
| Defendant. | |

_____/

A scheduling conference in this matter is set for April 1, 2014.  On March 18, 2014, Defendant Allstate Insurance submitted a separate scheduling conference report indicating Plaintiffs are unwilling to submit a joint statement, and Plaintiffs intend to file their own separate scheduling conference statement.  On February 19, 2014, the Court issued an order requiring the parties to submit a joint scheduling report, executed "by all counsel/ pro se parties."  (Doc. 47.)  The parties are ordered to again meet and confer and submit a Joint Scheduling Conference Report.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties must cooperate in preparing the Joint Scheduling Conference Report and SHALL file the Report by no later than March 25, 2014; and

2. The Clerk's Office is DIRECTED to serve Plaintiffs Efrain Garcia and Ofelia Garcia with a copy of this order via U.S. mail at the following address:

Efrain Garcia and Ofelia Garcia
1095 Adams Avenue
Orange Cove, CA 93646

IT IS SO ORDERED.

Dated:   **March 20, 2014**                                  **/s/ Sheila K. Oberto**
                                                              UNITED STATES MAGISTRATE JUDGE

2