UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EFRAIN GARCIA and OFELIA GARCIA,**<br><br>                    **Plaintiffs**<br><br>         **v.**<br><br>**ALLSTATE INSURANCE,**<br><br>                    **Defendant** | CASE NO. 1:12-CV-609 AWI SKO<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE |

On December 3, 2014, the Court vacated the December 10, 2014 pre-trial conference, issued an order to show cause to the Plaintiffs based on their failure to file a pre-trial statement, and reset the pre-trial conference to December 15, 2014.  See Doc. No. 60.  On December 9, 2014, Plaintiffs responded to the order to show cause and submitted a pre-trial statement.  See Doc. Nos. 61, 62.  Having reviewed Plaintiffs' response and their pre-trial statement, the Court does not find that sanctions are necessary.

Accordingly, IT IS HEREBY ORDERED that:

1. The December 3 Order to Show Cause is DISCHARGED; and

2. The pre-trial conference set for 3:00 p.m. in Courtroom No. 2 on December 15, 2014 remains on calendar and the parties shall personally appear at that time.

IT IS SO ORDERED.

Dated:   December 11, 2014                                   _____

                                                                                    SENIOR  DISTRICT  JUDGE